```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 07867
    KENNETH PURNELL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

              Debtor
    SSN XXX-XX-5257


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 04/01/2008 and was not confirmed.

     The case was dismissed without confirmation 07/07/2008.
---------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
LASALLE BANK NATIONAL      NOTICE ONLY   NOT FILED            .00           .00
CHASE MORTGAGE SERVICES    CURRENT MORTG       .00            .00           .00
CHASE MORTGAGE SERVICES    MORTGAGE ARRE       .00            .00           .00
ALLIANCE ONE RECEIVABLES   UNSEC W/INTER NOT FILED            .00           .00
ALLIED INTERSTATE INC      UNSEC W/INTER NOT FILED            .00           .00
AMC MORTGAGE SERVICES      UNSEC W/INTER NOT FILED            .00           .00
AMSHER COLLECTION SERVIC   UNSEC W/INTER NOT FILED            .00           .00
CREDIT SOLUTIONS CORP      UNSEC W/INTER NOT FILED            .00           .00
FIRST PREMIER BANK         UNSEC W/INTER    409.07            .00           .00
NICOR GAS                  UNSEC W/INTER NOT FILED            .00           .00
WEST ASSET MANAGEMENT      UNSEC W/INTER NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER   1799.31            .00           .00
CITY OF CHICAGO WATER DE   SECURED          541.00            .00           .00
COMMONWEALTH EDISON        UNSEC W/INTER   1543.25            .00           .00
NICOR GAS                  UNSEC W/INTER NOT FILED            .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY    2,373.00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                        798.00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     798.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                  798.00
                        --------------      --------------
TOTALS                      798.00              798.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 07867 KENNETH PURNELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```